UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, NA, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br>　v.<br>JOLAN MANGUIN, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:16-cv-02830-APG-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The complaint in this matter was filed in state court and removed (ECF No. 1) to federal district court December 7, 2016. No answer has been filed. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, the parties have failed to comply.

This matter is also before the court on Defendants' failure to file and serve a signed statement as required in Order (ECF No. 2) entered December 7, 2016, regarding removal of this case to federal district court. Accordingly,

**IT IS ORDERED** the parties shall file their certificate of interested parties, which fully complies with LR 7.1-1 **no later than January 13, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

1

**IT IS FURTHER ORDERED** that Defendants shall, no later than **January 13, 2017**, file a serve a signed statement under the case and caption that sets forth the following information:

1. The date(s) on which you were served with a copy of the complaint in the removed action.
2. The date(s) on which you were served with a copy of the summons.
3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of Defendant(s) evidence of the amount in controversy.
4. If your notice of removal was filed more than thirty days after you first received a copy of the summons and complaint, the reasons removal has taken place at this time and the date you first received a paper identifying the basis for removal.
5. In actions removed on the basis of the court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not be summarily be remanded to the state court.
6. The name(s) of any Defendant(s) known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.

DATED this 30th day of December, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE